CLOSED,JURY

# U.S. District Court
# District of South Carolina (Charleston)
# CIVIL DOCKET FOR CASE #: 2:21−cv−00789−DCN

Fitzhenry v. Vivint Inc et al  
Assigned to: Honorable David C Norton  
Cause: 47:227 Restrictions of Use of Telephone Equipment

Date Filed: 03/19/2021  
Date Terminated: 08/20/2021  
Jury Demand: Plaintiff  
Nature of Suit: 485 Telephone Consumer Protection Act (TCPA)  
Jurisdiction: Federal Question

**Plaintiff**

**Mark Fitzhenry**  
*individually and on behalf of a class of all persons and entities similarly situated*

represented by **Anthony Ilo Paronich**  
Paronich Law PC  
350 Lincoln Street  
Suite 2400  
Hingham, MA 02043  
617−485−0018  
Fax: 508−318−8100  
Email: anthony@paronichlaw.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**David Andrew Maxfield**  
David Maxfield Attorney LLC  
PO Box 11865  
Columbia, SC 29211  
803−509−6800  
Fax: 855−299−1656  
Email: dave@consumerlawsc.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Vivint Inc**

represented by **Carmen Harper Thomas**  
Nelson Mullins Riley and Scarborough LLP (Cola)  
Meridian Building  
17th Floor  
1320 Main Street  
Columbia, SC 29201  
803−255−9385  
Email: carmen.thomas@nelsonmullins.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Chadwick S Devlin**  
Nelson Mullins Riley and Scarborough LLP

(Cola)
Meridian Building
17th Floor
1320 Main Street
Columbia, SC 29201
803−255−9427
Email: chadwick.devlin@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jenny Nicole Perkins**
Ballard Spahr LLP
1735 Market Street
51st Floor
Philadelphia, PA 19103
215−864−8378
Fax: 215−864−8999
Email: perkinsj@ballardspahr.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Melanie J Vartabedian**
Ballard Spahr LLP
One Utah Center
201 South Main Street
Suite 800
Salt Lake City, UT 84111−2221
801−517−6842
Fax: 801−531−3001
Email: vartabedianm@ballardspahr.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**DSI Distributing Inc**
*TERMINATED: 05/13/2021*
*doing business as*
DSI Systems
*TERMINATED: 05/13/2021*

**Defendant**

**John Doe Corporation**

**Defendant**

**RS&I, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/19/2021 | Ï 1 | COMPLAINT against All Defendants ( Filing fee $ 402 receipt number 0420−9719578.), filed by Mark Fitzhenry. Service due by 6/17/2021(jbry, ) (Entered: 03/19/2021) |

| | | |
|---|---|---|
| 03/19/2021 | Ï 2 | Local Rule 26.01 Answers to Interrogatories by Mark Fitzhenry.(jbry, ) (Entered: 03/19/2021) |
| 03/19/2021 | Ï 3 | Summons Issued as to DSI Distributing Inc, Vivint Inc. (jbry, ) (Entered: 03/19/2021) |
| 03/22/2021 | Ï 5 | SUMMONS Returned Executed by Mark Fitzhenry. DSI Distributing Inc served on 3/22/2021, answer due 4/12/2021. (Attachments: # 1 Affidavit DSI)(Maxfield, David) (Entered: 03/22/2021) |
| 03/23/2021 | Ï 6 | SUMMONS Returned Executed by Mark Fitzhenry. Vivint Inc served on 3/22/2021, answer due 4/12/2021. (Attachments: # 1 Affidavit Vivint, Inc.)(Maxfield, David) (Entered: 03/23/2021) |
| 05/11/2021 | Ï 7 | MOTION for Extension of Time *to Respond to Complaint* by Vivint Inc. Response to Motion due by 5/25/2021. Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6 or Fed. R. Crim. P. 45. No proposed order.(Devlin, Chadwick) (Entered: 05/11/2021) |
| 05/12/2021 | Ï 8 | Amended MOTION for Extension of Time *to Respond to Complaint* by Vivint Inc. Response to Motion due by 5/26/2021. Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6 or Fed. R. Crim. P. 45. No proposed order.(Devlin, Chadwick) (Entered: 05/12/2021) |
| 05/12/2021 | Ï 9 | **ORDER granting 8 Motion for Extension of Time. Defendant Vivint, Inc. shall have until June 11, 2021 to answer or otherwise plead to plaintiff's complaint. Signed by Honorable David C Norton on 5/12/2021.(jbry, )** (Entered: 05/12/2021) |
| 05/13/2021 | Ï 11 | NOTICE of Voluntary Dismissal by Mark Fitzhenry *as to DSI Distributing, Inc., Without Prejudice* (Maxfield, David) (Entered: 05/13/2021) |
| 06/11/2021 | Ï 14 | MOTION to Dismiss *Or In The Alternative, To Stay Or Transfer This Case* by Vivint Inc. Response to Motion due by 6/25/2021. Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6 or Fed. R. Crim. P. 45. (Attachments: # 1 Exhibit 1–Perrong Docket Report, # 2 Exhibit 2–Perrong Second Amended Complaint, # 3 Exhibit 3–Perrong Third Amended Scheduling Order)No proposed order.(Thomas, Carmen) (Entered: 06/11/2021) |
| 06/11/2021 | Ï 15 | MOTION to Stay by Vivint Inc. Response to Motion due by 6/25/2021. Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6 or Fed. R. Crim. P. 45. No proposed order.(Thomas, Carmen) (Entered: 06/11/2021) |
| 06/22/2021 | Ï 16 | MOTION to Appear Pro Hac Vice by Melanie J. Vartabedian ( Filing fee $ 350 receipt number 0420–9918869) by Vivint Inc. Response to Motion due by 7/6/2021. Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6 or Fed. R. Crim. P. 45. (Attachments: # 1 Supporting Documents Application/Affidavit for Pro Hac Vice Admission–Vartabedian)Proposed order is being emailed to chambers with copy to opposing counsel.(Devlin, Chadwick) (Entered: 06/22/2021) |
| 06/23/2021 | Ï 17 | **ORDER granting 16 Motion by Melanie J. Vartabedian to Appear Pro Hac Vice. Signed by Honorable David C Norton on 6/23/2021.(jbry, )** (Entered: 06/23/2021) |
| 06/24/2021 | Ï 18 | AMENDED COMPLAINT against John Doe Corporation, Vivint Inc, RS&I, Inc., filed by Mark Fitzhenry. Service due by 9/22/2021 (Maxfield, David) Modified on 7/23/2021 to reference Additional Attachments 29 (rshu, ). (Entered: 06/24/2021) |
| 06/25/2021 | Ï 19 | MOTION to Appear Pro Hac Vice by Anthony I. Paronich ( Filing fee $ 350 receipt number 0420–9926278) by Mark Fitzhenry. Response to Motion due by 7/9/2021. Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6 or Fed. R. Crim. P. 45. (Attachments: # 1 Affidavit Anthony Ilo Paronich, # 2 Exhibit Certificate of Good Standing, Paronich, # 3 Proposed Order)Proposed order is being emailed to chambers with copy to opposing counsel.(Maxfield, David) (Entered: 06/25/2021) |

| | | |
|---|---|---|
| 06/28/2021 | 20 | **ORDER granting 19 Motion by Anthony I. Paronich to Appear Pro Hac Vice. Signed by Honorable David C Norton on 6/28/2021.(jbry, )** (Entered: 06/28/2021) |
| 06/30/2021 | 21 | MOTION to Appear Pro Hac Vice by Jenny N. Perkins ( Filing fee $ 350 receipt number 0420−9934206) by Vivint Inc. Response to Motion due by 7/14/2021. Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6 or Fed. R. Crim. P. 45. (Attachments: # 1 Exhibit A−Application and Affidavit, # 2 Exhibit B−Proposed Order for Pro Hac Vice Admission)Proposed order is being emailed to chambers with copy to opposing counsel.(Devlin, Chadwick) (Entered: 06/30/2021) |
| 07/01/2021 | 22 | **ORDER granting 21 Motion by Jenny N. Perkins to Appear Pro Hac Vice. Signed by Honorable David C Norton on 7/1/2021.(jbry, )** (Entered: 07/01/2021) |
| 07/07/2021 | 23 | MOTION to Dismiss *the First Amended Complaint, or in the Alternative, to Stay or Transfer this Case* by Vivint Inc. Response to Motion due by 7/21/2021. Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6 or Fed. R. Crim. P. 45. (Attachments: # 1 Exhibit 1 −− Redline Comparison of Original Complaint and First Amended Complaint, # 2 Exhibit 2 −− Perrong Docket Report, # 3 Exhibit 3 −− Perrong Second Amended Complaint, # 4 Exhibit 4 −− Perrong Fourth Amended Scheduling Order, # 5 Exhibit 5 −− Perrong − Cunningham Deposition Transcript Excerpt)No proposed order.(Devlin, Chadwick) (Entered: 07/07/2021) |
| 07/07/2021 | 24 | MOTION to Stay *the Proceeding* by Vivint Inc. Response to Motion due by 7/21/2021. Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6 or Fed. R. Crim. P. 45. No proposed order.(Devlin, Chadwick) (Entered: 07/07/2021) |
| 07/16/2021 | 26 | NOTICE of Hearing: Telephone Conference re: 23 Motion to Dismiss and 24 Motion to Stay set for 8/19/2021 11:00 AM before Honorable David C Norton. Call−in instructions will be distributed at a later date. (hcor, ) (Entered: 07/16/2021) |
| 07/21/2021 | 27 | RESPONSE in Opposition re 23 MOTION to Dismiss *the First Amended Complaint, or in the Alternative, to Stay or Transfer this Case* Response filed by Mark Fitzhenry.Reply to Response to Motion due by 7/28/2021 Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6. (Attachments: # 1 Exhibit 1. Vivints Supplemental Response to Interrogatory No. 2, # 2 Exhibit 2. Declaration of Anthony Paronich, # 3 Exhibit 3. DOJ Chart of National Telecommunications Call Detail Retention Policies)(Maxfield, David) (Entered: 07/21/2021) |
| 07/21/2021 | 28 | RESPONSE in Opposition re 24 MOTION to Stay *the Proceeding* Response filed by Mark Fitzhenry.Reply to Response to Motion due by 7/28/2021 Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6. (Maxfield, David) (Entered: 07/21/2021) |
| 07/21/2021 | 29 | Additional Attachments to Main Document 18 Amended Complaint. First attachment description: Summons, RS&I, Inc. . (Maxfield, David) (Entered: 07/21/2021) |
| 07/28/2021 | 30 | REPLY to Response to Motion re 23 MOTION to Dismiss *the First Amended Complaint, or in the Alternative, to Stay or Transfer this Case* Response filed by Vivint Inc. (Attachments: # 1 Exhibit Perrong docket, # 2 Exhibit Declaration of Melanie Vartabedian)(Thomas, Carmen) (Entered: 07/28/2021) |
| 08/19/2021 | 31 | **Minute Entry. Proceedings held before Honorable David C Norton: Motion/Telephone Hearing held on 8/19/2021 re 24 MOTION to Stay *the Proceeding* filed by Vivint Inc, 23 MOTION to Dismiss *the First Amended Complaint, or in the Alternative, to Stay or Transfer this Case* filed by Vivint Inc. All parties represented on the call. The Court will issue an order. Court Reporter Lisa Smith. (cmur, )** (Entered: 08/19/2021) |
| 08/20/2021 | 32 | **ORDER granting 23 Motion to transfer. Case is transferred to the District of Utah. Signed by Honorable David C Norton on 8/20/2021.(cmur, )** (Entered: 08/20/2021) |