Name (Bar No.): Jared B. Pearson (12200)
Firm: Pearson Law Firm, PLLC
Address: 9192 South 300 West, Suite 35, Sandy, UT 84070
Telephone: 801.888.0991
Email: jared@pearsonlawfirm.org

Attorney(s) for Plaintiff Mark Fitzhenry

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| Mark Fitzhenry,<br><br>Plaintiff,<br><br>v.<br><br>Vivint, Inc., et al.,<br><br>Defendant. | MOTION FOR PRO HAC VICE ADMISSION<br><br>CASE NO: 2:21-cv-00501-JCB |

I move for the pro hac vice admission of Jonathan P. Misny (Applicant) as counsel for Plaintiff Mark Fitzhenry, and I consent to serve as local counsel. The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that the Applicant:

☑ is not a member of the Utah State Bar.

☑ does not maintain a law office in Utah.

☐ has not been admitted pro hac vice in any case in this district in the previous 5 years.

If the Applicant has been admitted pro hac vice in other cases in this district during the previous 5 years, please complete the following section(s):

• In the previous 5 years, the Applicant has been admitted pro hac vice in the following cases in this district (include case name and number):

**Perrong v. Vivint, Inc., et al., Case No. 2:19-cv-00568**

_____

_____

If the Applicant has been admitted pro hac vice in more than 3 unrelated cases in the previous 5 years, the Applicant offers the following reason(s) for failing to seek admission to the Utah State Bar:

_____

_____

_____

DATED: **10/14/21**

_____
Signature