IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MARK FITZHENRY, individually and on behalf of a class of all persons and entities similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>VIVINT, INC., et al.,<br><br>        Defendants. | Case No. 2:21-cv-00501-DAK-CMR<br><br>District Judge Dale A. Kimball<br><br>Magistrate Judge Cecilia M. Romero |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT UPON DEFENDANT RS&I, INC.**

Plaintiff Mark Fitzhenry hereby requests, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, that this Court grant Plaintiff an extension of time to effectuate service of the summons and First Amended Class Action Complaint upon Defendant RS&I, Inc.

Plaintiff filed this action on March 19, 2021 in the District of South Carolina, naming Vivint, Inc., DSI Distributing, Inc., and John Doe Corporation as Defendants. RS&I, Inc. was added as a defendant on June 24, 2021 when Plaintiff filed his First Amended Class Action Complaint. Plaintiff's counsel in the District of South Carolina submitted a summons for issuance to Defendant RS&I, Inc. on July 21, 2021. However, this action was transferred to the District of Utah on August 20, 2021, before the District of South Carolina had issued the summons. Upon transfer of this action, Plaintiff's undersigned counsel prepared applications for admission pro hac vice in this Court, which were granted on October 15, 2021. Plaintiff is now outside the time limit for service set forth in Rule 4(m) and has been unable to have summons issued by this Court.

Federal Rule of Civil Procedure 4(m) permits the Court to extend the time limit for service upon a showing of good cause for the failure to serve. Plaintiff avers that good cause exists due to the delay in issuance of the summons and the transfer of this action as set forth above.

Plaintiff therefore requests that this Court issue summons to Defendant RS&I, Inc. and extend Plaintiff's deadline to serve Defendant RS&I, Inc. Plaintiff requests the deadline for service be extended to 30 days from the Court's issuance of summons to allow Plaintiff sufficient time to engage a process server who will effectuate service of the summons and First Amended Class Action Complaint on RS&I, Inc. at its headquarters in Idaho Falls, Idaho.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's Motion for Extension of Time to Serve Summons and Complaint Upon Defendant RS&I, Inc.

        PLAINTIFF,
        By his attorneys,

        **/s/ Brian K. Murphy**
        Brian K. Murphy (admitted *pro hac vice*)
        Jonathan P. Misny (admitted *pro hac vice*)
        Murray Murphy Moul + Basil LLP
        1114 Dublin Road
        Columbus, OH 43215
        Telephone: 614.488.0400
        Facsimile: 614.488.0401
        E-mail: murphy@mmmb.com
                misny@mmmb.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2021, the foregoing was electronically filed via the CM/ECF system, which will send notice of such filing to all counsel of record.

        **/s/ Brian K. Murphy**
        Brian K. Murphy